[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13107

Non-Argument Calendar

_____

CRAIG CUNNINGHAM,

Plaintiff-Appellant,

*versus*

YAKIM JORDAN,
MJ MINISTRIES SPREADING THE GOSPEL, INC.,
MJ MINISTRIES, LLC,
STEVEN SLEDGE,
AARON JORDAN, et al.,

Defendants-Appellees.

_____

2                          Opinion of the Court                    23-13107

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01419-WMR

_____

Before JORDAN, JILL PRYOR, AND LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Craig Cunningham, proceeding *pro se*, appeals from the district court's order denying his motion for subpoenas and its order granting ten defendants' motion for summary judgment. The orders are not final and appealable, however, because the district court has not resolved the rights and liabilities of MJ Ministries, LLC and did not certify the orders for immediate appeal. *See* 28 U.S.C. §§ 1291, 1292(b); Fed. R. Civ. P. 54(b); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.